# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Almia J. McCrief, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:12-72-RMG |
| ) | |
| vs. ) | |
| ) | |
| Wachovia Bank a/k/a Wells Fargo Bank, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter comes before the Court on a Report and Recommendation ("R & R") from the Magistrate Judge recommending that this action be dismissed pursuant to the Defendant's motion for summary judgment. (Dkt. No. 180). Plaintiff, who is acting *pro se*, was advised that any written objections to the R & R must be made within 14 days of the service of the R & R. (*Id.* at 7). Plaintiff was further advised that in the absence of timely written objections this Court would provide limited "clear error" review and Plaintiff would waive her right to appeal the judgment of the District Court. (*Id.*). No timely written objections were made.

The Court has reviewed the R & R, the full administrative record in this matter and the relevant legal authorities. The Court finds that the Magistrate Judge ably and properly summarized the factual and legal issues and appropriately recommended that the action should be dismissed for lack of prosecution. Therefore, the Court adopts the R & R as the order of this Court and hereby dismisses this action.

-1-

-2-

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Court

Charleston, South Carolina
October 1, 2014